DAVID E. MASTAGNI (SBN 204244)
ISAAC S. STEVENS (SBN 251245)
IAN B. SANGSTER (SBN 287963)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 I Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
isangster@mastagni.com

Attorneys for Plaintiffs

JESSE J. MADDOX (SBN 219091)
MICHAEL D. YOURIL (SBN 285591)
**LIEBERT CASSIDY WHITMORE**
*A Professional Law Corporation*
5250 North Palm Avenue, Suite 310
Fresno, California 93704
Telephone: (559) 256-7800
Facsimile: (559) 449-4535
jmaddox@lcwlegal.com
myouril@lcwlegal.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ENGLERT, RICHARD RAMIREZ, MATTHEW VAN HAGEN, RYAN PASKIN, and CASEY WILSON on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MERCED,<br><br>Defendant. | Case No. 1:18-cv-01239-LJO-SAB<br><br>**JOINT STIPULATION AND ORDER TO RE-SET MANDATORY SCHEDULING CONFERENCE** |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on September 12, 2018, Plaintiffs filed this putative collective action asserting the City of Merced ("Defendant") violated the overtime payment provisions of the Fair Labor Standards Act ("FLSA") (Dkt. No. 1);

WHEREAS, on October 9, 2018, Defendant moved to dismiss Plaintiffs' Complaint under Rule 12(b)(6) and for a more definite statement under Rule 12(e) (Dkt. No. 4-1);

WHEREAS, on October 15, 2018 this Court issued an order setting the Mandatory Scheduling Conference for January 8, 2019 and setting January 1, 2019 as the last day for the Parties' to file their Joint Scheduling Report (Dkt. No. 9, 2:14-15);

WHEREAS, on November 14, 2018, after briefing on Defendant's motion closed, this Court deemed the pending motion suitable for decision on the papers, vacated the hearing scheduled for November 20, 2018, and took the motion under submission (Dkt. No. 15);

WHEREAS, to date, this Court has not yet ruled on Defendant's motion;

WHEREAS, in order to conserve client resources and promote judicial economy, the Parties agree that the Mandatory Scheduling Conference scheduled for January 8, 2019 should be briefly continued for 30 days and the dates for the conference and Joint Scheduling Report be adjusted accordingly;

THEREFORE, IT IS HEREBY STIPULATED by the Parties:

1) The Mandatory Scheduling Conference is to be held on or after February 7, 2019, as the Court's calendar permits;

2) The Joint Scheduling Report must be filed not less than seven (7) calendar days prior to the Mandatory Scheduling Conference; and

3) The Parties shall meet and confer not less than twenty (20) days prior to the Mandatory Scheduling Conference.

///

Respectfully Submitted:

Dated: December 17, 2018  **MASTAGNI HOLSTEDT, APC**

By: */s/ Ian B. Sangster*
DAVID E. MASTAGNI
ISAAC S. STEVENS
IAN B. SANGSTER

Attorneys for Plaintiffs
CHAD ENGLERT, RICHARD RAMIREZ, MATTHEW VAN HAGEN, RYAN PASKIN, and CASEY WILSON on behalf of themselves and all similarly situated individuals

Dated: December 17, 2018  **LIEBERT CASSIDY WHITMORE**

By: */s/ Michael D. Youril*
JESSE J. MADDOX
MICHAEL D. YOURIL

Attorneys for Defendant
CITY OF MERCED

**<u>ORDER</u>**

IT IS SO ORDERED THAT:

    1.    The Mandatory Scheduling Conference shall be continued to February 12, 2019 at 10:30 a.m.;

    2.    The Joint Scheduling Report must be filed not less than seven (7) calendar days prior to the Mandatory Scheduling Conference; and

    3.    The Parties shall meet and confer not less than twenty (20) days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated: **December 17, 2018**

UNITED STATES MAGISTRATE JUDGE