# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ENGLERT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF MERCED,<br><br>　　　　Defendant. | Case No. 1:18-cv-01239-LJO-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE A RESPONSIVE PLEADING<br><br>(ECF Nos. 18, 19)<br><br>FIFTEEN-DAY DEADLINE |

Chad Englert, Richard Ramirez, Matthew Van Hagen, Ryan Paskin, and Casey Wilson ("Plaintiffs") filed this collective action against the City of Merced ("Defendant") alleging violation of the Fair Labor Standards Act on September 12, 2018. (ECF No. 1.) Defendant filed a motion to dismiss that was denied and alternately a motion for a more definite statement that was granted on December 21, 2018. (ECF No. 18.) The December 21, 2018 order provided that Plaintiffs were to either file an amended complaint or notify the court within thirty days that they intended to proceed based on the allegations regarding holiday pay. (Id.) On January 18, 2019, Plaintiffs filed a notice that they were going to proceed based on the allegations concerning holiday pay.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within **fifteen (15) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**January 23, 2019**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1