# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ENGLERT, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF MERCED,<br><br>        Defendant. | Case No. 1:18-cv-01239-LJO-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE ACE THOMAS TATE AS ATTORNEY FOR PLAINTIFFS<br><br>(ECF No. 25) |

On June 14, 2019, Plaintiffs filed a request to have Ace Thomas Tate removed as attorney of record as he is no longer employed by the firm representing Plaintiffs. Accordingly, the Clerk of the Court is DIRECTED to terminate Ace Thomas Tate as attorney of record for Plaintiffs.

IT IS SO ORDERED.

Dated: **June 17, 2019**

                              UNITED STATES MAGISTRATE JUDGE

1