# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ENGLERT, et al., | Case No. 1:18-cv-01239-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO AMEND SCHEDULING ORDER |
| v. | |
| CITY OF MERCED, | |
| Defendant. | |

The scheduling order in this action was filed on February 13, 2019. (ECF No. 24.) On August 1, 2019, the parties filed a stipulation to modify the scheduling order. (ECF No. 27.) On August 2, 2019, Chief Judge O'Neil granted the stipulation to amend the scheduling order but informed the parties that there would be no further continuances in the case. (ECF No. 28.) On November 11, 2019, the parties filed a second stipulation to amend the scheduling order. (ECF No. 29.)

The parties seek to amend the scheduling order because due to the complexity of calculating damages in the action the parties have just recently completed the damages calculations and are working informally to resolve the matter. Due to the extremely heavy case load of the district judges and the pending retirement of Judge O'Neill, it is unlikely that civil trials will proceed in 2020 before a United States district judge. Here, the Court finds that the parties have demonstrated good cause to amend the scheduling order, but finds that a shorter

1

extension than has been requested would be appropriate to allow the parties to complete their settlement discussions.

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that scheduling order is amended as follows:

| | |
|---|---|
| Non-Expert Discovery: | February 28, 2020 |
| Expert Disclosure: | March 23, 2020 |
| Supplemental Expert Disclosure: | April 13, 2020 |
| Expert Discovery: | May 8, 2020 |
| Dispositive Motion Filing Deadline: | April 29, 2020 |
| Pre-Trial Conference: | June 17, 2020 at 8:30 a.m. in Courtroom 4 |
| Trial: | July 28, 2020 at 8:30 a.m. in Courtroom 4 |

The Court's February 13, 2019 scheduling order shall remain in effect in all other respects.

IT IS SO ORDERED.

Dated: __**November 14, 2019**__

UNITED STATES MAGISTRATE JUDGE

2