DAVID E. MASTAGNI, ESQ. (SBN 204244)
davidm@mastagni.com
ISAAC S. STEVENS, ESQ. (SBN 251245)
istevens@mastagni.com
IAN B. SANGSTER, ESQ. (SBN 287963)
isangster@mastagni.com
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

JESSE J. MADDOX, Bar No. 219091
jmaddox@lcwlegal.com
MICHAEL D. YOURIL, Bar No. 285591
myouril@lcwlegal.com
**LIEBERT CASSIDY WHITMORE**
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone: 559.256.7800
Facsimile: 559.449.4535

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHAD ENGLERT, RICHARD RAMIREZ, MATTHEW VAN HAGEN, RYAN PASKIN, and CASEY WILSON on behalf of themselves and all similarly situated individuals,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF MERCED,<br><br>  Defendant. | Case No. 1:18-cv-01239-NONE-SAB<br><br>Complaint filed: September 12, 2018<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT** |

Plaintiffs, CHAD ENGLERT., et al., and Defendant, CITY OF MERCED, by and through counsel of record, hereby notify this Court that the parties have reached a tentative, conditional settlement of this matter.  The Parties respectfully request the Court vacate all dates and deadlines, including the February 12, 2020 hearing on Plaintiffs' Motion to Compel and discovery deadlines, for at least 60 days to allow the Parties to memorialize their tentative settlement into a written settlement agreement, obtain final approval from each of the approximately 53 individual Plaintiffs, as well as Defendant's City Council, and present this Court with a Joint Motion for Approval of Settlement and Dismissal of this action, with prejudice.

Respectfully submitted,

Dated: February 6, 2020     **MASTAGNI HOLSTEDT, APC**

By: */s/Ian B. Sangster*
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
IAN B. SANGSTER, ESQ.
Attorneys for Plaintiffs

Dated: February 6, 2020     **LIEBERT CASSIDY WHITMORE**

By: */s/Michael D. Youril*
JESSE J. MADDOX
MICHAEL D. YOURIL
Attorneys for Defendant