# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ENGLERT, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF MERCED,<br><br>  Defendant. | Case No. 1:18-cv-01239-LJO-SAB<br><br>ORDER VACATING ALL MATTERS AND DATES AND REQUIRING PARTIES TO FILE MOTION FOR APPROVAL OF SETTLEMENT<br><br>(ECF Nos. 34, 35)<br><br>DEADLINE: APRIL 6, 2020 |

On January 15, 2020, Chad Englert, Ryan Paskin, Richard Ramirez, Matthew Van Hagen, and Casey Wilson ("Plaintiffs") filed a notice of motion and motion to compel. (ECF No. 31.) On January 22, 2020, Plaintiffs filed a notice rescheduling hearing on the motion to February 12, 2020. (ECF No. 32.) On February 6, 2020, Plaintiffs withdrew the motion to compel and filed a notice of conditional settlement. (ECF Nos. 34, 35.)

Based on the forgoing, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The parties shall file a motion for approval of the settlement on or before April 6, 2020.

IT IS SO ORDERED.

Dated:  **February 7, 2020**

                UNITED STATES MAGISTRATE JUDGE

1