# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ENGLERT, et al., | Case No. 1:18-cv-01239-NONE-SAB |
| Plaintiffs, | ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE AND VACATING FEBRUARY 12, 2020 HEARING |
| v. | |
| CITY OF MERCED, | (ECF No. 31) |
| Defendant. | |

On January 15, 2020, Plaintiffs Chad Englert, Ryan Paskin, Richard Ramirez, Matthew Van Hagen, and Casey Wilson filed a notice of motion and motion to compel. (ECF No. 31.) On January 22, 2020, Plaintiff filed a notice rescheduling hearing on the motion to February 12, 2020. (ECF No. 32.)

Pursuant to the Local Rules of the Eastern District of California ("L.R."), if the moving party is still dissatisfied after meeting and conferring on the discovery disagreement, a joint statement is required to be filed. L.R. 251(b)(c). "The hearing [on a discovery disagreement] may be dropped from the calendar without prejudice if the Joint Statement re Discovery Disagreement or an affidavit . . . is not filed at least seven (7) days before the scheduled hearing date." L.R. 251(a).

/ / /

/ / /

1

Here, the joint statement was due on February 5, 2020 and has not been filed. Accordingly, Plaintiffs' motion to compel is HEREBY DENIED WITHOUT PREJUDICE and the FEBRUARY 12, 2020 hearing is VACATED.

IT IS SO ORDERED.

Dated: **February 7, 2020**

UNITED STATES MAGISTRATE JUDGE