# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ENGLERT, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF MERCED,<br><br>   Defendant. | Case No.  1:18-cv-01239-NONE-SAB<br><br>ORDER VACATING MAY 6, 2020 HEARING ON MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT |

The parties filed a joint motion for approval of a settlement agreement on April 6, 2020. (ECF No. 38.)  The matter was referred to the undersigned and a hearing was set on May 6, 2020. (ECF No. 39.)

The Court, having reviewed the record, finds this matter suitable for decision without oral argument.  See Local Rule 230(g).  Accordingly, the matter is taken under submission.  The previously scheduled hearing set on May 6, 2020 is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **May 5, 2020**

UNITED STATES MAGISTRATE JUDGE

1