# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CHAD ENGLERT, ET AL.,**

CASE NO: **1:18–CV–01239–DAD–SAB**

v.

**CITY OF MERCED,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/26/2020**

**Keith Holland**
Clerk of Court

ENTERED: **May 26, 2020**

by: /s/ O. Rivera
Deputy Clerk